AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America )<br>v. )<br> )<br>[1] Juan Gabriel Pimentel-Soto, )<br>[2] Samuel Rivera-Torres, )<br> )<br> )<br>*Defendant(s)* | Case No.<br>25- 663 (M) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 20, 2025__ in the county of __--__ in the __--__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (1) 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), and 846 | (1) Conspiracy to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. |
| (2) 46 U.S.C. § 70503(a)(1) | (2) Possession with Intent to Distribute Cocaine Aboard a Vessel of the United States. |

This criminal complaint is based on these facts:

See attached affidavit.

The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet.

Reviewed by: AUSA Lani E. Lear

EDISON PARRA SALGUERO  Digitally signed by EDISON PARRA SALGUERO
Date: 2025.07.21 14:06:18 -04'00'

*Complainant's signature*

Edison A. Parra, DEA Special Agent
*Printed name and title*

Sworn and subscribed pursuant to FRCP 4.1 at __2:53 PM__, by telephone, this __21st__ day of July, 2025, in San Juan, Puerto Rico.

Date: __07/21/2025__

*Judge's signature*

City and state: __San Juan, Puerto Rico__

Hon. Héctor Ramos Vega, U.S. Magistrate Judge
*Printed name and title*